**Order entered February 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01651-CV

### CITY OF DALLAS, Appellant

### V.

### DIANE SANCHEZ, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08320-J**

## ORDER

We **GRANT** appellees'/cross-appellants' February 27, 2014 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than March 11, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE